IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ERIC D. JONES** **PLAINTIFF**

**v.** **No. 4:19CV136-DAS**

**SUPERINTENDENT MARSHELL TURNER**
**WARDEN TIMOTHY MORRIS**
**DEPUTY WARDEN LEE SIMON**
**HAS WILLIE KNIGHTEN**
**NURSE KELVIN STEWARD**
**JOHN/JANE DOE (PERSON WHO ISSUES MEDICAL TRANSFER SLIPS)**
**JOHN/JANE DOES (TRANSPORTATION OFFICERS)**
**DR. JUAN SANTOS**
**DR. TONY CASTILLO** **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) The plaintiff's claims against the following defendants are **DISMISSED** for failure allege personal involvement: **Superintendent Marshal Turner, Deputy Warden Lee Simon, Willie Knighten, and Dr. Juan Santos**;

(2) The plaintiff's claims against the following defendants are **DISMISSED** for failure to state a claim upon which relief could be granted: **Dr. Tony Castillo, Nurse Kelvin Steward**;

(3) The plaintiff's claims for denial of adequate medical care against the following defendants will **PROCEED**: **Warden Timothy Mor**ris (failing to address the issue when told directly about it and for retaliation), **John or Jane Doe 1** (the person who issues medical transfer slips), and **John or Jane Does 2** (transportation officers who refused to transport the plaintiff to medical).

**SO ORDERED**, this, the 15th day of May, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE