IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ERIC D. JONES**                                                                                     **PLAINTIFF**

**v.**                                                           **No. 4:19CV136-DAS**

**DR. TONY CASTILLO**                                                         **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** in favor of the defendants in all respects.

(1) The plaintiff's allegations regarding retaliation and poor general conditions of confinement are **DISMISSED** for failure to exhaust administrative remedies;

(2) The plaintiff's allegations regarding denial of adequate medical care are **DISMISSED** for failure to state a claim upon which relief could be granted;

(3) In the alternative, the plaintiff's claims regarding retaliation are **DISMISSED** on the merits;

(4) Finally, the plaintiff's claims against Warden Morris are **DISMISSED** for failure to state a claim upon which relief could be granted, as the plaintiff sued Morris in his capacity as supervisor, and the plaintiff did not allege facts supporting supervisor liability; and

(5) This case is **CLOSED**.

**SO ORDERED**, this, the 6th day of May, 2021.

                                                                        /s/ David A. Sanders
                                                                        DAVID A. SANDERS
                                                                        UNITED STATES MAGISTRATE JUDGE