IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ERIC D. JONES** **PLAINTIFF**

v. No. 4:19CV136-DAS

**DR. TONY CASTILLO** **DEFENDANTS**

### ORDER GRANTING DEFENDANTS' MOTION [36] TO FILE EXHIBITS TO THEIR MOTION FOR SUMMARY JUDGMENT UNDER SEAL

This matter comes before the court on the motion [36] by the defendants to file certain exhibits to their motion [34] for summary judgment under seal. As the document in question contains sensitive information, the instant motion [36] is **GRANTED**. The Clerk of the Court is **DIRECTED** to restrict access to the exhibit regarding medical records to parties only.

**SO ORDERED**, this, the 6th day of May, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE